IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKAELLA CRISTINA ALFARO,

    Plaintiff,                         No. CIV 2:12-cv-2543-JAM-AC (PS)

    vs.

FRED JOHNSON,

    Defendant.                      FINDINGS & RECOMMENDATIONS

                               /

        Plaintiff is proceeding in this action pro se. On October 29, 2012, plaintiff was directed to pay the appropriate filing fee and to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not submitted the appropriate filing fee and has further failed to respond to the court order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

1 within the specified time may waive the right to appeal the District Court's order. <u>Turner v.
2 Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3 DATED: November 21, 2012

                                                 /s/
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

/mb;alfa2543.fr.dm